**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7049**

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff – Appellee,

　　　v.

JOSEPH DANIEL SPEIGHT,

　　　　　　　　Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. William L. Osteen, Jr., Chief District Judge. (1:10-cr-00426-WO-1)

Submitted: December 15, 2016　　　Decided: December 20, 2016

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Daniel Speight, Appellant Pro Se. Robert Michael Hamilton, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Daniel Speight appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2012).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Speight, No. 1:10-cr-00426-WO-1 (M.D.N.C. July 15, 2016).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED